IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

MARANDA TIBBS )
) No. 3-09-1205
v. )
)
CALVARY YCS )

O R D E R

On November 22, 2010, the defendant filed a motion for summary judgment (Docket Entry No. 24).

In accord with the orders entered March 16, 2010 (Docket Entry Nos. 16-17), the plaintiff shall have until December 20, 2010, to file a response to the motion.

Any reply, if necessary, shall be filed within three (3) weeks of the filing of the response or by January 10, 2011, if the response is filed on December 20, 2010.

No other filings in support of or in opposition to the defendant's pending motion for summary judgment shall be made without the express permission of the Honorable Todd J. Campbell, Chief Judge.

The Clerk is directed to forward the file in this case to Chief Judge Campbell for his consideration of the defendant's motion for summary judgment and accompanying filings (Docket Entry Nos. 24-30), the plaintiff's response to be filed by December 20, 2010, and any reply, if necessary, to be filed no later than January 10, 2011.

It is so ORDERED.

_____
JULIET GRIFFIN
United States Magistrate Judge