IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
AT NASHVILLE

| | | |
|---|---|---|
| MARANDA TIBBS | ) | |
| | ) | |
| v. | ) | NO. 3:09-1205 |
| | ) | JUDGE CAMPBELL |
| CALVARY UNITED METHODIST CHURCH | ) | |

ORDER

Pending before the Court is Defendant's Motion for Summary Judgment (Docket No. 24). For the reasons described in the accompanying memorandum, Defendant's Motion for Summary Judgment with regard to Plaintiff's claims of both age discrimination and race discrimination is GRANTED. Accordingly, the pretrial conference set for April 18, 2011 and the bench trial set for April 26, 2011 are canceled.

    IT IS SO ORDERED.

                                                                       TODD J. CAMPBELL
                                                                       UNITED STATES DISTRICT JUDGE